UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
SORCE, LANAY § Case No. 11-51753
 §
_____Debtor(s)_____ §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/06/2012 in Courtroom 250,

                  United States Courthouse
                  c/o Kane County Courthouse
                  100 S. 3rd St., Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/07/2012            By: Kenneth S. Gardner
                                                    Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SORCE, LANAY § Case No. 11-51753
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,500.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 12,500.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 94.71 | $ 0.00 | $ 94.71 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,094.71 |
| Remaining Balance | | $ | 10,405.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,190.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ 17,336.64 | $ 0.00 | $ 1,566.04 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 11,751.06 | $ 0.00 | $ 1,061.49 |
| 000003 | Discover Bank | $ 14,871.60 | $ 0.00 | $ 1,343.37 |
| 000004 | Merrick Bank | $ 4,644.16 | $ 0.00 | $ 419.51 |
| 000005 | American Express Centurion Bank | $ 17,790.22 | $ 0.00 | $ 1,607.01 |
| 000006 | Jarvis on the Lake LLC | $ 48,796.72 | $ 0.00 | $ 4,407.87 |

Total to be paid to timely general unsecured creditors    $    10,405.29

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/Joseph R. Voiland
                    Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-51753-MB
Lanay Sorce                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: pseamann              Page 1 of 3              Date Rcvd: Oct 29, 2012
                                  Form ID: pdf006             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2012.
```
db         +Lanay Sorce,    1090 Saint Andrews Circle,    Geneva, IL 60134-2998
18308590   +ACS College Loan Corp,    501 Bleecker St,    Utica, NY 13501-2401
18308592   +American Express,    PO Box 981537,    El Paso, TX 79998-1537
19239290    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18308593   +Associated Recovery System,    PO Box 469046,    Escondido, CA 92046-9046
18308595   +Baker & Miller,    29 N. Wacker Drive #500,    Chicago, IL 60606-2854
18308601   +CLC Legal,    78206 Varner Road #132,    Palm Desert, CA 92211-4136
18308596    Central DuPage Hospital,    25 N. Winfield Road,    Winfield, IL 60190-1295
18308597    Century Marketing Group,    c/o CMI Legal Forwarding Division,    O Box 28851,
             Philadelphia, PA 19151-0851
18308598    Chase,   PO Box 15298,    Wilmington, DE 19850-5298
18308599   +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
18308600    Citibank South Dakota NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
18308602   +Delaware Place Bank,    190 E. Delaware Place,    Chicago, IL 60611-1814
18308605   +Fun Bath Inc,    c/o LC Financial LLC,    PO Box 9246,    Van Nuys, CA 91409-9246
18308606   +Global Credit Collection,    Po Box 101928, Dept. 2417,    Birmingham, AL 35210-6928
18308607   +Gordon Sorce,    1090 St. Andrew Circle,    Geneva, IL 60134-2998
18308608   +Jarvis on the Lake LLC,    O'Leary Law Firm LLC,    20 North Clark Street Suite 3200,
             Chicago, Illinois 60602-5093
18308609   +John O'Leary,    20 N. Clark #3200,    Chicago, IL 60602-5093
18308611   +MRS Associates of New Jersey,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
18308610   +Merchants Credit Guide Co.,    223 W. Jackson Blvd,    Chicago, IL 60606-6908
18308613   +NABCO,   c/o Levy & Augustine,    333 N. Michigan Ave., #1700,    Chicago, IL 60601-3981
18308614   +Nation Star Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
18308616   +Simon & Sohn Series LLC,    220 South Third Series,    614 Easton Ave,    Geneva, IL 60134-3034
18308617   +St. Charles Electric Utility,    2 E. Main St.,    Saint Charles, IL 60174-1926
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18308591    E-mail/Text: bkr@cardworks.com Oct 30 2012 01:09:07      Advanta Bank Corp,    PO Box 844,
             Spring House, PA 19477
18308594   +E-mail/Text: bknotices@mbandw.com Oct 30 2012 03:01:21      AT &T Yellow Pages,
             c/o McCarthy, Burgess & Wolff,    26000 Cannon Rd,    Cleveland, OH 44146-1807
18308603    E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2012 01:53:18      Discover Financial Services,
             PO Box 15316,    Wilmington, DE 19850-5316
19085734   +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2012 01:53:18      Discover Bank,
             DB Servicing Corporation,    POB 3025,   New Albany Ohio 43054-3025
18308604   +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 30 2012 02:41:59      Empress Arts Limited,
             c/o Transworld Systems Inc,    PO Box 15630,    Wilmington, DE 19850-5630
19096206    E-mail/Text: bkr@cardworks.com Oct 30 2012 01:09:07      Merrick Bank,
             Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
18308615   +E-mail/Text: clientservices@northwestcollectors.com Oct 30 2012 01:10:34      Northwest Collectors,
             3601 Algonquin Rd. #232,    Rolling Meadows, IL 60008-3143
19070227   +E-mail/Text: resurgentbknotifications@resurgent.com Oct 30 2012 01:02:46
             PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18308612   ##+Mullins Square Inc,    PO Box 80247,    Austin, TX 78708-0247
18308618   ##+Zwicker & Associates PC,    7366 N. Lincoln Ave., #404,    Lincolnwood, IL 60712-1741
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pseamann              Page 2 of 3              Date Rcvd: Oct 29, 2012
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2012**                              **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: pseamann            Page 3 of 3                  Date Rcvd: Oct 29, 2012
                              Form ID: pdf006           Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 28, 2012 at the address(es) listed below:
          John J O'Leary    on behalf of Creditor   Jarvis-On-The-Lake, LLC joleary@olearylawfirm.com,
           jscalise@olearylawfirm.com;jbarth@olearylawfirm.com
          Joseph   Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Susan A Goreczny    on behalf of Debtor Lanay Sorce susan804@ameritech.net
                                                                                                       TOTAL: 4